IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY POUCHER,** | No. 04-CV-2006-BTM(LSP) |
| Plaintiff, | ~~[Proposed]~~ |
| v. | **ORDER GRANTING JOINT MOTION FOR DISMISSAL** |
| **EDWARD ALAMAIDA, et al.,** | |
| Defendants. | |

Pursuant to the Joint Motion for Dismissal filed by Plaintiff and the State Defendants (*see*, Doc. 113), **IT IS ORDERED** that this action be dismissed with prejudice as against Defendants Alan L. Menkes, Lisa Munoz, Patti Magee, Correctional Officer Innis, MTA Paulino, Doctor Ridder, Officer Nazaveno, Officer Guzman, K. Allison, M. Divine, and N. Bhatt, M.D.

DATED:  March 6, 2007

*Barry Ted Moskowitz*
Hon. Barry Ted Moskowitz
United States District Judge